199 So.2d 912

**RED BALL MOTOR FREIGHT, INC.**

v.

**Willie J. ROCKCO.**

No. 48670.

June 5, 1967.

In re: Red Ball Motor Freight, Inc., et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge.   195 So.2d 720.

Writ refused.   On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

■

199 So.2d 912

**Willie J. ROCKCO**

v.

**RED BALL MOTOR FREIGHT, INC., et al.**

No. 48671.

June 5, 1967.

In re: Red Ball Motor Freight, Inc., et al., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge.   195 So.2d 722.

Writ refused.   On the facts found by the Court of Appeal there is no error of law in the judgment complained of.